# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| vs.      ) | **CR05-5591 JPD** |
| ) | |
| THOMAS ABRAMS,      ) | |
| ) | |
| Defendant.      ) | **MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The plaintiff has requested additional time in which to file a response the Motion for Order Suppressing PBT and Dismissal (dkt #8).  The request is GRANTED.  The plaintiff shall have until Wednesday, November 2, 2005, in which to file a response.  Any reply to the response is due Friday, November 4, 2005.

The defendant has requested an evidentiary hearing.  The request is GRANTED.  The court will receive evidence and hear argument on *Monday, November 7, 2005, at 1:30pm in* Courtroom E, Union Station Courthouse, Tacoma, Washington.

Dated this 27th day of October , 2005

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**

Dated this 27th day of October , 2005

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**